**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND T. BASSO, | No. C 10-1809 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 8, 2011

_____
SUSAN ILLSTON
United States District Judge